United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EVERGREEN FINANCIAL GROUP, L.P., <br> Plaintiff, <br> v. <br> CITY NATIONAL BANK, <br> Defendant. | Case No. 16-cv-00430-BLF <br><br> **ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING** <br><br> [Re: ECF 3] |

The Motion to Dismiss Appeal as Moot that was set for hearing on May 12, 2016 is hereby SUBMITTED without oral argument; the hearing is VACATED. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge